# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>EDWIN MALDONADO PACHECO<br><br>XXX-XX-3892<br><br>Debtor(s) | CASE NO. 08-06091 SEK<br><br>Chapter 13<br><br>FILED & ENTERED ON 06/25/2010 |

## O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 05/18/2010, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 25 day of June, 2010.

*Mildred Cabán*

MILDRED CABAN FLORES
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR (S)
   ROBERTO FIGUEROA CARRASQUILLO
   ALEJANDRO OLIVERAS RIVERA