**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br>EDWIN MALDONADO PACHECO<br><br>XXX-XX-3892<br><br><br>Debtor(s) | CASE NO. 08-06091 SEK<br>Chapter 13<br><br>FILED & ENTERED ON 06/25/2010 |

**O R D E R**

For the reasons stated in the Trustee's Motion to Dismiss filed on 05/18/2010, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 25 day of June, 2010.

*Mildred Cabán*

MILDRED CABAN FLORES
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR (S)
   ROBERTO FIGUEROA CARRASQUILLO
   ALEJANDRO OLIVERAS RIVERA

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: rodriguez            Page 1 of 1              Date Rcvd: Jun 25, 2010
Case: 08-06091                 Form ID: pdf001            Total Noticed: 27
```

The following entities were noticed by first class mail on Jun 27, 2010.
```
db          +EDWIN MALDONADO PACHECO,   PMB 113,   PO BOX 851,    HUMACAO, PR 00792-0851
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR 00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr           POPULAR AUTO,   YASMIN R VAZQUEZ ESQ,   PO BOX 366818,   SAN JUAN, PR 00936-6818
2625461      ALAN DEL CASTILLO,   AVE. F.D ROOSEVELT 400 STE 410,   SAN JUAN, PR 00918
2757856     +AT&T MOBILITY,   PO BOX 1259,   OAKS, PA 19456-1259
2625462      BANCO BILBAO VIZCAYA ARGENTARIA,   PO BOX 364745,   SAN JUAN, PR 00936-4745
2634123      BANCO POPULAR DE PR,   PO BOX 366818,   SAN JUAN PUERTO RICO 00936-6818
2625463      BANCO POPULAR DE PR,   PO BOX 364445,   SAN JUAN, PR 00936-4445
2625464      BANK OF AMERICA,   PO BOX 53132,   PHOENIX, AZ 85072-3132
2757857     +CENTENNIAL DE PR,   PO BOX 71514,   SAN JUAN PR 00936-8614
2625465      CITIFINANCIAL,   PO BOX 71587,   SAN JUAN, PR 00936-8687
2757858      DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS,   CENTRO GUBERNAMENTAL MINILLAS DE DIEGO A,
              SANTURCE PR 00907
2625466     +FIA CSNA,   PO BOX 17054,   WILMINGTON, DE 19850-7054
2634120     +FINANCIERA BERRIOS,   PO BOX 674,   CIDRA PR 00739-0674
2757859      FIRST PREMIER BANK,   PO BOX 5519,   SIOUX FALLS, SD 57117-5519
2625468      Francisco Alvarez Valentin,   El Alamo EX8 Hermosillo St.,   Guaynabo, PR 00969
2757860      HUMANA INSURANCE DE PR INC,   383 ROOSEVELT AVE,   3RD FLOOR TELEMUNDO BLDG,   SAN JUAN PR 00918
2625469    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: INTERNAL REVENUE SERVICE,   MERCANTIL PLAZA BLDG ROOM 914,
              2 AVE PONCE DE LEON STOP 27,   SAN JUAN, PR 00918-1621)
2646597      POPULAR AUTO (POPULAR LEASING),   PO BOX 366818,   SAN JUAN PUERTO RICO 00936-6818
2799429      Sprint Nextel Correspondence,   Attn Bankruptcy Dept,   PO Box 7949,
              Overland Park KS 66207-0949
2799430      Sprint Nextel Distribution,   Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
2686441      eCAST Settlement Corporation assignee of,   FIA Card Services aka Bank of America,   POB 35480,
              Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jun 25, 2010.
2629512      E-mail/Text: maria.benabe@firstbankpr.com                           FIRST BANK,
              BANKRUPTCY DIVISION,   PO BOX 9146,   SAN JUAN PR 00908-0146
2625467      E-mail/Text: maria.benabe@firstbankpr.com                           FIRSTBANK PR,   PO BOX 9146,
              SAN JUAN, PR 00908-0146
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          BANCO BILBAO VIZCAYA ARGENTARIA,   P.O. BOX 364745,   SAN JUAN, PR 00936-4745
2808183*     eCAST Settlement Corporation assignee of FIA Card,   Services aka Bank of America,   POB 35480,
              Newark NJ 07193-5480
                                                                                            TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2010**                    Signature:    *Joseph Speetjens*